IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 5:26-CR-2-MTT-CHW |
| | : | |
| WILLIAM RICHARD BOWDEN | : | VIOLATION: 18 U.S.C. § 39A |
| | : | |

**THE GRAND JURY CHARGES:**

### COUNT ONE
(Aiming a Laser Pointer at an Aircraft)

On or about October 21, 2025, in the Macon Division of the Middle District of Georgia, the defendant,

**WILLIAM RICHARD BOWDEN,**

knowingly aimed the beam of a laser pointer at an AH-1Z attack helicopter (Aircraft A), an aircraft in the special aircraft jurisdiction of the United States, in violation of 18 U.S.C. § 39A.

### COUNT TWO
(Aiming a Laser Pointer at an Aircraft)

On or about October 21, 2025, in the Macon Division of the Middle District of Georgia, the defendant,

**WILLIAM RICHARD BOWDEN,**

knowingly aimed the beam of a laser pointer at an AH-1Z attack helicopter (Aircraft B), an aircraft in the special aircraft jurisdiction of the United States, in violation of 18 U.S.C. § 39A.

A TRUE BILL.

*s/ Foreperson of the Grand Jury*
FOREPERSON OF THE GRAND JURY

WILLIAM R. KEYES
UNITED STATES ATTORNEY

Presented by:

_____
TRAVIS D. LYNES
ASSISTANT UNITED STATES ATTORNEY

Filed in open court this 13 day of Jan, 2026.

_____
Deputy Clerk